1  Brad A. Denton, #016454
   Brad@DentonPeterson.com
2  Timothy F. Coons, #031208
   Timothy@DentonPeterson.com



1930 N. ARBOLEDA ROAD, SUITE 200
MESA, ARIZONA  85213
TELEPHONE: (480) 325-9900
FACSIMILE: (480) 325-9901
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Alex Heinz**, Individually, and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>**Infusion Software Inc.**, an Arizona corporation, **Clate Mask and Charisse Mask**, a married couple; **Scott Martineau and Andee Martineau**, a married couple;  **Curtis Smith and Jane Doe Smith**, a married couple; **Hal Halladay and Gina Caldwell Halladay**, a married couple; **Keith Reed and Jane Doe Reed**, a married couple;<br><br>                  Defendants. | No. 2:17-cv-03008-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Assigned to the Honorable John J. Tuchi) |

Plaintiff Alex Heinz, by and through undersigned counsel, hereby give notice of voluntary dismissal of this action. Defendants have not filed any responsive pleading to the Complaint nor has any motion for summary judgment been filed, therefore Plaintiff is entitled to dismiss this case without order of court pursuant to Fed. R. Civ. P. Rule 41.

…//…

RESPECTFULLY SUBMITTED this 18th day of October, 2017.

**DENTON PETERSON, P.C.**

/s/  Timothy F. Coons
Brad A. Denton
Timothy F. Coons
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system which will send notification of said filing to the CM/ECF registrants.

Kristy L. Peters
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
*Attorneys for Defendants, Infusion Software, Inc., et al.*

/s/ Priscilla Weller